# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1669

**Short Case Caption:** GoTV Streaming, LLC v. Netflix, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Netflix, Inc.

| | | |
|---|---|---|
| **Principal Counsel:** Thomas G. Saunders | | Admission Date: 09/12/2006 |
| Firm/Agency/Org.: Wilmer Cutler Pickering Hale and Dorr LLP | | |
| Address: 2100 Pennsylvania Avenue, N.W., Washington, DC 20037 | | |
| Phone: (202) 663-6000 | | Email: Thomas.Saunders@wilmerhale.com |
| **Other Counsel:** Mark C. Fleming | | Admission Date: 01/12/2007 |
| Firm/Agency/Org.: Wilmer Cutler Pickering Hale and Dorr LLP | | |
| Address: 60 State Street, Boston, MA 02109 | | |
| Phone: (617) 526-6000 | | Email: Mark.Fleming@wilmerhale.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/23/24

Signature: /s/ Thomas G. Saunders

Name: Thomas G. Saunders

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | |
|---|---|
| **Other Counsel:** Lauren Matlock-Colangelo | Admission Date: 04/03/2020 |
| Firm/Agency/Org.: Wilmer Cutler Pickering Hale and Dorr LLP | |
| Address: 7 World Trade Center, 250 Greenwich Street, New York, NY 10007 | |
| Phone: (212) 230-8800 | Email: Lauren.Matlock-Colangelo@wilmerhale.com |
| **Other Counsel:** Indranil Mukerji | Admission Date: 07/02/2001 |
| Firm/Agency/Org.: Willkie Farr and Gallagher LLP | |
| Address: 1875 K Street NW, Washington, DC 20006-1238 | |
| Phone: (202) 303-1190 | Email: imukerji@willkie.com |
| **Other Counsel:** Stephen A. Marshall | Admission Date: 02/22/2011 |
| Firm/Agency/Org.: Willkie Farr and Gallagher LLP | |
| Address: 1875 K Street NW, Washington, DC 20006-1238 | |
| Phone: (202) 303-1198 | Email: smarshall@willkie.com |
| **Other Counsel:** Aliza George Carrano | Admission Date: 10/19/2018 |
| Firm/Agency/Org.: Willkie Farr and Gallagher LLP | |
| Address: 1875 K Street NW, Washington, DC 20006-1238 | |
| Phone: (202) 303-1106 | Email: acarrano@willkie.com |
| **Other Counsel:** Devon W. Edwards | Admission Date: 04/14/2017 |
| Firm/Agency/Org.: Willkie Farr and Gallagher LLP | |
| Address: 787 Seventh Avenue, New York, NY 10019-6099 | |
| Phone: (212) 728-8650 | Email: dedwards@willkie.com |